Hon. Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNILOC USA, INC. and UNILOC LUXEMBOURG, S.A.,<br><br>Plaintiffs,<br><br>v.<br><br>BIG FISH GAMES, INC.,<br><br>Defendant. | Case No.: 2:17-cv-01183-RAJ<br><br>**PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY** |

Under Local Civil Rule 7(n), Plaintiff Uniloc brings to the Court's attention relevant authority issued during the past two weeks:

1. *Berkheimer v. HP Inc.*, -- F.3d --, 2018 WL 774096 (Fed. Cir. February 8, 2018) (Ex. A);

2. *Aatrix Software, Inc.*, -- F.3d --, 2018 WL 843288 (Fed. Cir. February 14, 2018) (Ex. B).

Copies of those decisions are attached.

As the local civil rule does not permit argument, this notice does not contain any. The Court may, however, wish to request briefing from the parties as to the significance of these decisions on the pending motion to dismiss.

PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY - 1 -

Prince Lobel Tye LLP
One International Place, Suite 3700
Boston, MA 02110
617-456-8000

To assist the Court in evaluating whether it wishes further briefing, Uniloc attaches the blog articles from *IP 360* reporting these decisions, and collecting comments of myriad attorneys (Ex. C).

Dated:  February 20, 2018                 Respectfully submitted,

/s/ James J. Foster
James J. Foster
**PRINCE LOBEL TYE LLP**
One International Place, Suite 3700
Boston, MA 02110
Tel: (617) 456-8000
Email: jfoster@princelobel.com

Al Van Kampen, WSBA No. 13670
1001 Fourth Avenue, Suite 4050
Seattle, WA 98154
Tel: (206) 386-7353
Email: AVanKampen@VKClaw.com

**Attorneys for Plaintiffs**

CERTIFICATE OF SERVICE

I certify that a copy of the above document has been served on February 20, 2018 to all counsel of record who have consented to electronic service via the Court's CM/ECF system.

/s/ James J. Foster

2895203.v1